■ THOMAS CONNOR, Respondent, v. MAX L. HIRSCHORN, Appellant, et al., Defendants.— Order of the Supreme Court, Kings County, dated February 13, 1968, affirmed, with $10 costs and disbursements. No opinion. Appeal from order of the same court, dated May 18, 1967, dismissed as academic, without costs. Brennan, Acting P. J., Rabin, Benjamin, Munder and Martuscello, JJ., concur.

■ GREGORY COPE, an Infant, by JAMES COPE, his Natural Guardian, et al., Appellants, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent, et al., Defendants.— Order of the Appellate Term of the Supreme Court, Second and Eleventh Judicial Districts, dated June 28, 1968, affirmed, with $10 costs and disbursements. (*Sheridan* v. *City of New York*, 6 A D 2d 125, affd. 6 N Y 2d 765.) Brennan, Acting P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.

■ MORRIS FARBER, as Administrator of the Estate of ANN SMOLACK, Deceased, et al., Respondents, v. ROBERT SMOLACK, Appellant.— Order of the Supreme Court, Kings County, dated April 8, 1968, reversed, without costs, plaintiffs' motion to set aside jury verdict in favor of defendant denied, and verdict reinstated. There was ample evidence to support a finding by the jury that there was no actionable negligence attributable to the driver of the car. The trial court should not have set aside the verdict in favor of defendant (*Winter* v. *Rickman*, 26 A D 2d 842; *Kalin* v. *Robert Catino, Inc.*, 20 A D 2d 549; *Pertofsky* v. *Drucks*, 16 A D 2d 690). Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.

■ DAVID W. GAUNT, Respondent, v. WILLDIE F. GIBSON et al., Appellants, et al., Respondent.— Separate appeals by defendants Gibson and Connelly, each appeal being from so much of a judgment of the Supreme Court, Orange County, entered June 2, 1967, as is against the respective defendants. Judgment affirmed insofar as appealed from, with one bill of costs to plaintiff against appellants jointly. No opinion. Appeal by defendant Connelly from an order of the same court, dated May 24, 1967, dismissed, without costs. An order denying a motion to set aside a verdict, made only on the trial evidence, is not appealable. In any event, the foregoing disposition of the appeals from the judgment renders the appeal from the order academic. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Martuscello, JJ., concur.